IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERISERVE FOOD DISTRIBUTION, INC., et al.,[1] | ) ) | Case No. 00-358 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| _____ | ) ) | |
| AFD FUND, on behalf of the substantively consolidated post-confirmation estate of Debtors AMERISERVE FOOD DISTRIBUTION, INC., et al., | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. No. 02-01346 |
| KELRON DISTRIBUTION SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**MOTION TO DISMISS**

Defendant, Kelron Distribution Systems, Inc. ("Kelron"), by its attorneys, without submitting to or consenting to the jurisdiction of this Court, specially appears for the purpose of making this Motion and respectfully submits this Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2), (4) and (5), made applicable in this Adversary Proceeding by Federal Rules of Bankruptcy Procedure 7012(b), and in support hereof, states as follows:

1. On January 31, 2000, AmeriServe Food Distribution, Inc. ("AmeriServe") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code and on February 2, 2000, each of the remaining debtors also filed voluntary petitions, which were procedurally consolidated with AmeriServe's case.

---

[1] The Debtors are the following entities: AmeriServe Food Distribution, Inc., NEBCO EVANS Holding Company, Holbert Warehouse Properties, Inc., AmeriServe Transportation, Inc., PSD Transportation Services, Inc., Chicago Consolidated Corporation, ASNSC, Inc., Delta Transportation, Ltd., PSC Services of Florida, Inc., Northland Transportation Services, Inc., ProSource Mexico Holdings, Inc., NAVC Corp., North American Vantix Corp., and Vantix.

2. On January 11, 2002, the AFD Fund, allegedly on behalf of the substantively consolidated post-confirmation estate of Debtors, AmeriServe Food Distribution, Inc., et al. (the "Plaintiff") filed a Complaint for Avoidance and Recovery of Preferential Transfers (the "Adversary Complaint") against Kelron alleging that Kelron received preferential transfers according to 11 U.S.C. § 547.

3. Kelron is a Canadian corporation with its principal place of business in Ontario, Canada.

4. On January 11, 2002, the Plaintiff attempted to serve Kelron by registered mail.

5. Such attempted service is not in compliance with Federal Rule of Civil Procedure ("Fed.R.C.P.") 4(f), made applicable to this Adversary Proceeding by Federal Rule of Bankruptcy Procedure ("Fed.R.Bankr.P.") 7004.

6. Accordingly, for the reasons more fully set forth in Kelron's Brief in Support of its Motion to Dismiss, which is hereby incorporated by reference as if fully set forth herein, there is an insufficiency of process and service of process and this Court lacks jurisdiction over the person of Kelron.

WHEREFORE, Defendant, Kelron Distribution Systems, Inc., respectfully requests that this Honorable Court dismiss Plaintiff's Complaint for Avoidance and Recovery of Preferential Transfers and grant any and all other relief as this Court deems necessary and appropriate.

Respectfully submitted,

COHEN & GRIGSBY, P.C.
William E. Kelleher, Jr.
Jill L. Locnikar
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222
Telephone: 412-297-4703
Facsimile: 412-209-0672

SNYDER & ASSOCIATES, P.A.

BY /s/Bayard J. Snyder
Bayard J. Snyder (DE #175)
300 Delaware Avenue, Suite 1014
P.O. Box 90
Wilmington, DE 19899
Telephone: 302-657-8300
Facsimile: 302-657-8301

Attorneys for Defendant,
Kelron Distribution Systems, Inc.