IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 00-0358(PJW) |
| | ) | |
| AMERISERVE FOOD DISTRIBUTION, | ) | CHAPTER 11 |
| INC., et al.,[1] | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors | ) | Re: Docket No. 2728 |

## ORDER GRANTING THE THIRD AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DUANE, MORRIS & HECKSCHER LLP, COUNSEL FOR DELOITTE CONSULTING LLP, THE EXAMINER APPOINTED BY THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 330 AND 331

Duane, Morris & Heckscher LLP, now known as Duane Morris LLP ("Duane Morris"), filed its Third and Final Application for Compensation and Reimbursement of Expenses of Duane, Morris & Heckscher LLP, Counsel for Deloitte Consulting LLP, the Examiner Appointed by the United States Trustee, Pursuant to 11 U.S.C. § 330 and 331 (the "Application") seeking final allowance of compensation and reimbursement of expenses rendered to Deloitte Consulting, LLP, the Court appointed examiner in the cases of AmeriServe Food Distribution, Inc., et al. (the "Debtors"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; (c) all persons with standing have been afforded the opportunity to be heard on the Application; and (d) Duane Morris, in

---

[1] The Debtors are the following entities: AmeriServe Food Distribution, Inc., NEBCO EVANS Holding Company, Holberg Warehouse Properties, Inc., AmeriServe Transportation, Inc., PSD Transportation Services, Inc., Chicago Consolidated Corporation, ASNSC, Inc., Delta Transportation, Ltd., PSC Services of Florida, Inc., Northland Transportation Services, Inc., ProSource Mexico Holdings, Inc., NAVC Corp., North American Vantix Corp., and Vantix Logistics Ltd.
DOCS_DE:112248.1

connection with the report filed by Legal Cost Control, Inc., the Fee Auditor in the Debtors' cases, has consented to a total reduction in the fees and expenses requested in the Application in the amount of $17,637.00. Accordingly, it is hereby

ORDERED that the Application is GRANTED on a final basis, and Duane Morris is allowed the total sum of $85,118.00 as compensation for fees and reimbursement of expenses for services rendered and disbursements incurred by Duane Morris in the Debtors' cases; and it is further

ORDERED that the Debtors shall promptly pay to Duane Morris any unpaid fees and expenses authorized by this Order; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: Oct 25, 2005

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge